

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case    **MEMO ENDORSED** |

*This document relates to:*
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

### ORDER TO VACATE DEFAULT JUDGMENTS

IT IS hereby ORDERED that the default judgments entered on April 7, 2006 against the following defendants named in the *Federal Insurance* action shall be vacated:

- Al Aqsa Islamic Bank
- Al Baraka Bancorp
- Dallah Avco Trans Arabia
- Sana-Bell, Inc.
- Sanabel Al Kheer
- Tadamon Islamic Bank

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-06
```

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: July 12, 2006

PHILADELPHIA\2636295\1 117430.000