UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03-CV-6978

## **ORDER**

And now, on this ___ day of _____, 2007, upon Pursuant to the Motion of Plaintiffs AXA, Chubb, Munich Re America, OneBeacon Insurance Group, and TIG Insurance Company to Assess Damages Against Defaulted Defendants for Business and Property Claims under the Anti-Terrorism Act, accompanying memorandum of law and exhibits, it is hereby ORDERED that damages are assessed in the amount of $9,481,764,208.61 against the attached list of defaulted defendants, jointly and severally, based upon Movants' claims to-date under the Anti-Terrorism Act, 18 U.S.C. § 2333(a).

_____
J.