# Exhibit A
# Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Aaran Money Wire Service Inc. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abbas Abdi Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abd Al-Mushin Al-Libi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abd Al-Rahim Al-Nashiri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdel Hussein | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdelghani Mzoudi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdelhalim Remadna | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdelkarim Hussein Mohamed Al-Nasser | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdi Adulaziz Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdirasik Aden | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdul Fattah Zammar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdul Rahman Yasin | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdullah Ahmed Abdullah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdullah 'Qassim | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdullahi Hussein Kahie | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abdulrahman Hassan Sharbatly | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu al-Hadi al-Iraqi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Al-Maid | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Hafs the Mauritanian | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Hajer Al Iraqi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Hamza Al-Masri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Ibrahim Al-Masri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Musab Al-Zarqawi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Qatada Al-Filistini | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Rida Al Suri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Sayef Group | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Abu Zubaydah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Adel Ben Soltane | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Adel Muhammad Sadiq Bin Kazem | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
## Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Advice and Reformation Committee | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Afghan Support Committee | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Agus Budiman | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmad Ajaj | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmad Ibrahim Al- Mughassil | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmad Sa'ld Al-Kadr | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmed Hasni Rarrbo | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmed Idris Nasreddin | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Ahmed Khalfan Ghailani | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ahmed Mohammed Hamed Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Akida Bank Private Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Akida Investment Co | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Baraka Exchange LLC | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Barakaat Bank | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Farooq Mosque | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Gama'a al-Islamiyya | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| al Qaida | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Shamal For Investment and Development | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Taqwa Trade, Property and Industry Company Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Taqwa/Nada Group | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al Tawhid | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakaat | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Bank of Somalia (BSS) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Finance Group | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Financial Holding Co. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Global Telecommunications | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Group of Companies Somalia Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
# Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Al-Barakat International | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Investments | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Barakat Wiring Service | Sec. State Minnesota | 05/26/2004 | 06/16/2004 | 04/05/2005 |
| Al-Bir Saudi Organization | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Birr | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Hamati Sweets Bakeries | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Hijrah Construction and Development Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Itihaad al-Islamiya (AIAI) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Nur Honey Press Shops | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Rashid Trust | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Shaykh Al-Iraqi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Al-Shifa' Honey Press for Industry and Commerce | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Albert Fredrich Armand Huber | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Algerian Armed Islamic Group | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ali Atwa | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ali Ghaleb Himmat | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ali Saed Bin Ali El-Hoorie | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| American Muslim Foundation | US Marshal Service c/o Abdulrahman Alamoudi | 06/02/2004 | 07/30/2004 | 09/23/2005 |
| Amin Al-Haq | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Anas Al-Liby | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ansar al-Islam (AI) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Arafat El-Ashi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Asbat al-Ansar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ayadi Chafiq Bin Muhammad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ayman al-Zawahiri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Azzam Service Center | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| BA Taqwa for Commerce and Real Estate Company Ltd. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bank of al Taqwa Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
## Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Baraka Trading Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Boston | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Construction Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Enterprise | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Group of Companies | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat International | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Barakaat International Foundation | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Barakaat International, Inc. | Sec. State Minnesota | 05/26/2004 | 06/16/2004 | 04/05/2005 |
| Barakaat North America, Inc. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Red Sea Telecommunications | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakaat Telecommunications Co. Somalia | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Bank and Remittances | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Computer Consulting (BCC) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Consulting Group (BCG) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Global Telephone Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat International Companies (BICO) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Post Express (BPE) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Refreshment Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Telecommunications Company Limited (BTELCO) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barakat Wire Transfer Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Barako Trading Company, LLC | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bassam Dalati Satut | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Benevolence International Fund | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Benevolence International Foundation | Adams County Sheriff's Office c/o Enaam Arnaout | 04/01/2004 | 04/21/2004 | 0510/2004 |
| Bensayah Belkacem | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

February 9, 2007

# Exhibit A
## Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Bilal Bin Marwan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Blessed Relief Foundation | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bosanska Idealna Futura | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Brahim Ben Hedili Hamami | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Chiheb Ben Mohamed Ayari | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Dahir Ubeidullahi Aweys | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Dr. Mahmoud Dakhil | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Dr. Mohaman Ali Elgari | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Egyptian Islamic Jihad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Enaam M Arnanout | Adams County Sheriff's Office | 04/01/2004 | 04/21/2004 | 0/10/2004 |
| Essam Al Ridi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fahad Al-Thumairy | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fahid Mohammed Ally Msalam | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fazeh Ahed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fazul Abdullah Mohammed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fethi Ben Rebai Masri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Fouzi Jendoubi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ghasoub Al Abrash | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ghasoub Al Abrash Ghalyoun | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Global Diamond Resource | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Global Relief Foundation | Sec. State Illinois | 05/28/2004 | 06/17/2004 | 04/05/2005 |
| Global Services International | Sec. State Minnesota | 05/26/2004 | 06/16/2004 | 04/05/2005 |
| Gulbuddin Hekmatyar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Gulf Center S.R.L. | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Gum Arabic Company Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Habib Waddani | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Haji Abdul Manan Agha | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Haji Mohamad Akram | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hamas | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
# Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Hasan Izz-Al-Din | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hashim Abdulrahman | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hassan A.A Bahfzallah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hassan Dahir Aweys | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hassan Turabi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hazem Ragab | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Help African People | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Heyatul Ulya | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hezb-e-Islami | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hisham Arnanout | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Human Concern International Society | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Hussein Mahmud Abdullkadir | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibn al-Shaykh al-Libi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibrahim Hassabella | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibrahim Muhammed Afandi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibrahim S Abdullah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ibrahim Salih Mohammed Al-Yacoub | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ihab Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Imad Eddin Barakat Yarkas | Publication | 1/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Imad Mughniyeh | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic African Relief Agency | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic Army of Aden | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic Cultural Institute of Milan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic International Brigade | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Islamic Movement of Uzbekistan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jaish-I-Mohammed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jamal Ahmed Mohammed | Publication | 1/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Jamal Al-Badawi | Publication | 1/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Jamal Nyrabeh | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
## Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Jamil Qasim Saeed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jam'Yah Ta'Awun Al-Islamia | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Jemaah Islamiya Organization | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Khaled Nouri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Khalid Shaikh Mohammed | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Khalil Jarraya | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lashkar I Janghvi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lashkar-e Tayyiba | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lazhar Ben Mohammed Tlili | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lebanese Hezbollah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Liban Hussein | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Lionel Dumont | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mahdi Chamran Savehi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mahmoud Jaballah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Makhtab Al-Khidamat | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mamoun Darkazanli | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Mamoun Darkazanli Import-Export Company | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Mansour Thaer | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mansouri Al-Kadi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Masjed Al Madinah Al Munawarah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mazin M.H. Bareth | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mendi Kammoun | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mercy International Relief Agency | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Miga - Malaysian Swiss, Gulf and African Chamber | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Mohamed Bayazid | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammad S. Mohammad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Al Massari | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Al-Issai | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
## Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Mohammed Amine Akli | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Bahareth | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Chehade | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Iqbal Abdurrahman | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Khair Al Saqqa | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Khatib | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Mansour | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Omar Al-Harazi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Omeish | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohammed Sarkawi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mohrez Amdouni | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mondher Baazaoui | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Moro Islamic Liberation Front | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mounir Ben Habib Jerraya | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mounir El Motassadeq | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Moussa Ben Amor Essaadi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mufti Rashid Ahmad Ladehyanoy | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Abu-Islam | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Al-Hamati | Publication | 1/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Atif | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Omar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammad Salah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammed Galeb Kalaje Zuoyadi | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Muhammed J. Fakihi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muhsin Musa Matwalli Atwah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mullah Kakshar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mustaf Ahmed Al-Hisawi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mustafa Al-Kadir | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Mustafa Mohamed Fadhil | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
# Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Mustasim Abdel-Rahim | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Muzaffar Kahn | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nabil Benattia | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nada International Anstalt | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nada Management Organization | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nada Management Organization, SA | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Najib Ouaz | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasco Business Residence Center SAS Di Nasreddin Ahmed Idris EC | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Nasco Nasreddin Holding A.S. | Registered Mail | 5/27/2004 | 07/26/2004 | 09/23/2005 |
| Nascoservice S.R.L. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nascotex S.A. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasreddin Foundation | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasreddin Group International Holding Ltd. | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nasreddin International Group Limited Holding | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| National Development Bank | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| National Islamic Front | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nedal Saleh | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| New Diamond Holdings | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Nurjaman Riduan Ismuddin | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Omar Abu Omar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Omar Al Bayoumi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Osama Bassnan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Palestine Islamic Jihad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Parka Trading Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Piedmont Poultry | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
## Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Queen City Cigarettes and Candy | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Rabih Haddah | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Rachid Fehar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ramzi Binalshibh | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Red Sea Barakat Company Limited | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| S.M. Tufail | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| SAAR Foundation | Process Server | 03/31/2005 | 04/20/2005 | 09/23/2005 |
| Sabir Lamar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Said Bahaji | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Saif Al Islam El Masry | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Salafist Group for Call and Combat | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Samir Kishk | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Saqar Al-Sadawi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Saudi Sudanese Bank | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sayf al-Adl | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sa'D Al-Sharif | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sheikh Abu Bdul Aziz Nagi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sheikh Ahmed Salim Swedan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Sheikh Omar Bakri Muhammad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Somalia Branch of the Al-Haramain Islamic Foundation | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Somalia International Relief Organization | Sec. State Minnesota | 05/26/2004 | 06/16/2004 | 04/5/2005 |
| Somalia Internet Company | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Somalia Network AB | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Special Purpose Islamic Regiment | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Syed Suleman Ahmer | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |

# Exhibit A
# Service of Process on Defendants Currently in Default

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | PROOF FILED |
|---|---|---|---|---|
| Taba Investments | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Taibah International Aid Association | Sec. State Virginia | 06/02/2004 | 06/22/2004 | 08/19/2004 |
| Tareq M Al-Swaidan: Abdul Al-Moslah | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Tariq Anwar al-Sayyid Ahmad | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| The Aid organization of the Ulema | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| The Taliban | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Thirwat Salah Shihata | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Turkistan Islamic Movement | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Ulema Union of Afghanistan | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Umar Faruq | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Umma Tameer-E-Nau (UTN) | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Usama bin Laden | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Wadi Al Aqiq | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Wafa Humanitarian Organization | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Walid Al-Sourouri | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Yassine Chekkouri | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Yassir Al-Sirri a/k/a Ammar | Publication | 01/13/2005 | 03/14/2005 | 03/04/2005; 03/16/2005 |
| Youssef Abdaoui | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Youssef M Nada & Co. Gesellschaft MBH | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Youssef Nada | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Yusaf Ahmed Ali | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Zahir H. Kazmi | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Zakariya Essabar | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |
| Zeinab Mansour-Fattah | Registered Mail | 05/27/2004 | 07/26/2004 | 09/23/2005 |
| Ziyad Khaleel | Publication | 1/13/2005 | 3/14/2005 | 03/04/2005; 03/16/2005 |