# Exhibit B
# Defendants Currently in Default

Aaran Money Wire Service Inc.

Abbas Abdi Ali

Abd Al-Mushin Al-Libi

Abd Al-Rahim Al-Nashiri

Abdel Hussein

Abdelghani Mzoudi

Abdelhalim Remadna

Abdelkarim Hussein Mohamed Al-Nasser

Abdi Adulaziz Ali

Abdirasik Aden

Abdul Fattah Zammar

Abdul Rahman Yasin

Abdullah Ahmed Abdullah

Abdullah 'Qassim

Abdullahi Hussein Kahie

Abdulrahman Hassan Sharbatly

Abu al-Hadi al-Iraqi

Abu Al-Maid

Abu Hafs the Mauritanian

Abu Hajer Al Iraqi

Abu Hamza Al-Masri

Abu Ibrahim Al-Masri

Abu Musab Al-Zarqawi

Abu Qatada Al-Filistini

Abu Rida Al Suri

Abu Sayef Group

Abu Zubaydah

Adel Ben Soltane

Adel Muhammad Sadiq Bin Kazem

Advice and Reformation Committee

# Exhibit B
# Defendants Currently in Default

| |
|---|
| Afghan Support Committee |
| Agus Budiman |
| Ahmad Ajaj |
| Ahmad Ibrahim Al- Mughassil |
| Ahmad Sa'ld Al-Kadr |
| Ahmed Hasni Rarrbo |
| Ahmed Idris Nasreddin |
| Ahmed Khalfan Ghailani |
| Ahmed Mohammed Hamed Ali |
| Akida Bank Private Limited |
| Akida Investment Co |
| Al Baraka Exchange LLC |
| Al Barakaat Bank |
| Al Farooq Mosque |
| Al Gama'a al-Islamiyya |
| al Qaida |
| Al Shamal For Investment and Development |
| Al Taqwa Trade, Property and Industry Company Limited |
| Al Taqwa/Nada Group |
| Al Tawhid |
| Al-Barakaat |
| Al-Barakat Bank of Somalia (BSS) |
| Al-Barakat Finance Group |
| Al-Barakat Financial Holding Co. |
| Al-Barakat Global Telecommunications |
| Al-Barakat Group of Companies Somalia Limited |
| Al-Barakat International |
| Al-Barakat Investments |
| Al-Barakat Wiring Service |
| Al-Bir Saudi Organization |

# Exhibit B
# Defendants Currently in Default

Al-Birr

Al-Hamati Sweets Bakeries

Al-Hijrah Construction and Development Limited

Al-Itihaad al-Islamiya (AIAI)

Al-Nur Honey Press Shops

Al-Rashid Trust

Al-Shaykh Al-Iraqi

Al-Shifa' Honey Press for Industry and Commerce

Albert Fredrich Armand Huber

Algerian Armed Islamic Group

Ali Atwa

Ali Ghaleb Himmat

Ali Saed Bin Ali El-Hoorie

American Muslim Foundation

Amin Al-Haq

Anas Al-Liby

Ansar al-Islam (AI)

Arafat El-Ashi

Asbat al-Ansar

Ayadi Chafiq Bin Muhammad

Ayman al-Zawahiri

Azzam Service Center

BA Taqwa for Commerce and Real Estate Company Ltd.

Bank of al Taqwa Limited

Baraka Trading Company

Barakaat Boston

Barakaat Construction Company

Barakaat Enterprise

Barakaat Group of Companies

Barakaat International

# Exhibit B
# Defendants Currently in Default

| |
|---|
| Barakaat International Foundation |
| Barakaat International, Inc. |
| Barakaat North America, Inc. |
| Barakaat Red Sea Telecommunications |
| Barakaat Telecommunications Co. Somalia |
| Barakat Bank and Remittances |
| Barakat Computer Consulting (BCC) |
| Barakat Consulting Group (BCG) |
| Barakat Global Telephone Company |
| Barakat International Companies (BICO) |
| Barakat Post Express (BPE) |
| Barakat Refreshment Company |
| Barakat Telecommunications Company Limited (BTELCO) |
| Barakat Wire Transfer Company |
| Barako Trading Company, LLC |
| Bassam Dalati Satut |
| Benevolence International Fund |
| Benevolence International Foundation |
| Bensayah Belkacem |
| Bilal Bin Marwan |
| Blessed Relief Foundation |
| Bosanska Idealna Futura |
| Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation |
| Brahim Ben Hedili Hamami |
| Chiheb Ben Mohamed Ayari |
| Dahir Ubeidullahi Aweys |
| Dr. Mahmoud Dakhil |
| Dr. Mohaman Ali Elgari |
| Egyptian Islamic Jihad |
| Enaam M Arnanout |

# Exhibit B
# Defendants Currently in Default

- Essam Al Ridi
- Fahad Al-Thumairy
- Fahid Mohammed Ally Msalam
- Fazeh Ahed
- Fazul Abdullah Mohammed
- Fethi Ben Rebai Masri
- Fouzi Jendoubi
- Ghasoub Al Abrash
- Ghasoub Al Abrash Ghalyoun
- Global Diamond Resource
- Global Relief Foundation
- Global Services International
- Gulbuddin Hekmatyar
- Gulf Center S.R.L.
- Gum Arabic Company Limited
- Habib Waddani
- Haji Abdul Manan Agha
- Haji Mohamad Akram
- Hamas
- Hasan Izz-Al-Din
- Hashim Abdulrahman
- Hassan A.A Bahfzallah
- Hassan Dahir Aweys
- Hassan Turabi
- Hazem Ragab
- Help African People
- Heyatul Ulya
- Hezb-e-Islami
- Hisham Arnanout
- Human Concern International Society

# Exhibit B
# Defendants Currently in Default

| |
|---|
| Hussein Mahmud Abdullkadir |
| Ibn al-Shaykh al-Libi |
| Ibrahim Hassabella |
| Ibrahim Muhammed Afandi |
| Ibrahim S Abdullah |
| Ibrahim Salih Mohammed Al-Yacoub |
| Ihab Ali |
| Imad Eddin Barakat Yarkas |
| Imad Mughniyeh |
| Islamic African Relief Agency |
| Islamic Army of Aden |
| Islamic Cultural Institute of Milan |
| Islamic International Brigade |
| Islamic Movement of Uzbekistan |
| Jaish-I-Mohammed |
| Jamal Ahmed Mohammed |
| Jamal Al-Badawi |
| Jamal Nyrabeh |
| Jamil Qasim Saeed |
| Jam'Yah Ta'Awun Al-Islamia |
| Jemaah Islamiya Organization |
| Khaled Nouri |
| Khalid Shaikh Mohammed |
| Khalil Jarraya |
| Lashkar I Janghvi |
| Lashkar-e Tayyiba |
| Lazhar Ben Mohammed Tlili |
| Lebanese Hezbollah |
| Liban Hussein |
| Lionel Dumont |

# Exhibit B
# Defendants Currently in Default

- Mahdi Chamran Savehi
- Mahmoud Jaballah
- Makhtab Al-Khidamat
- Mamoun Darkazanli
- Mamoun Darkazanli Import-Export Company
- Mansour Thaer
- Mansouri Al-Kadi
- Masjed Al Madinah Al Munawarah
- Mazin M.H. Bareth
- Mendi Kammoun
- Mercy International Relief Agency
- Miga - Malaysian Swiss, Gulf and African Chamber
- Mohamed Bayazid
- Mohammad S. Mohammad
- Mohammed Al Massari
- Mohammed Al-Issai
- Mohammed Amine Akli
- Mohammed Bahareth
- Mohammed Chehade
- Mohammed Iqbal Abdurrahman
- Mohammed Khair Al Saqqa
- Mohammed Khatib
- Mohammed Mansour
- Mohammed Omar Al-Harazi
- Mohammed Omeish
- Mohammed Sarkawi
- Mohrez Amdouni
- Mondher Baazaoui
- Moro Islamic Liberation Front
- Mounir Ben Habib Jerraya

# Exhibit B
# Defendants Currently in Default

- Mounir El Motassadeq
- Moussa Ben Amor Essaadi
- Mufti Rashid Ahmad Ladehyanoy
- Muhammad Abu-Islam
- Muhammad Al-Hamati
- Muhammad Atif
- Muhammad Omar
- Muhammad Salah
- Muhammed Galeb Kalaje Zuoyadi
- Muhammed J. Fakihi
- Muhsin Musa Matwalli Atwah
- Mullah Kakshar
- Mustaf Ahmed Al-Hisawi
- Mustafa Al-Kadir
- Mustafa Mohamed Fadhil
- Mustasim Abdel-Rahim
- Muzaffar Kahn
- Nabil Benattia
- Nada International Anstalt
- Nada Management Organization
- Nada Management Organization, SA
- Najib Ouaz
- Nasco Business Residence Center SAS Di Nasreddin Ahmed Idris EC
- Nasco Nasreddin Holding A.S.
- Nascoservice S.R.L.
- Nascotex S.A.
- Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC
- Nasreddin Foundation
- Nasreddin Group International Holding Ltd.
- Nasreddin International Group Limited Holding

# Exhibit B
# Defendants Currently in Default

| |
|---|
| National Development Bank |
| National Islamic Front |
| Nedal Saleh |
| New Diamond Holdings |
| Nurjaman Riduan Ismuddin |
| Omar Abu Omar |
| Omar Al Bayoumi |
| Osama Bassnan |
| Palestine Islamic Jihad |
| Parka Trading Company |
| Piedmont Poultry |
| Queen City Cigarettes and Candy |
| Rabih Haddah |
| Rachid Fehar |
| Ramzi Binalshibh |
| Red Sea Barakat Company Limited |
| Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs |
| S.M. Tufail |
| SAAR Foundation |
| Sabir Lamar |
| Said Bahaji |
| Saif Al Islam El Masry |
| Salafist Group for Call and Combat |
| Samir Kishk |
| Saqar Al-Sadawi |
| Saudi Sudanese Bank |
| Sayf al-Adl |
| Sa'D Al-Sharif |
| Sheikh Abu Bdul Aziz Nagi |
| Sheikh Ahmed Salim Swedan |

# Exhibit B
# Defendants Currently in Default

Sheikh Omar Bakri Muhammad

Somalia Branch of the Al-Haramain Islamic Foundation

Somalia International Relief Organization

Somalia Internet Company

Somalia Network AB

Special Purpose Islamic Regiment

Syed Suleman Ahmer

Taba Investments

Taibah International Aid Association

Tareq M Al-Swaidan: Abdul Al-Moslah

Tariq Anwar al-Sayyid Ahmad

The Aid organization of the Ulema

The Taliban

Thirwat Salah Shihata

Turkistan Islamic Movement

Ulema Union of Afghanistan

Umar Faruq

Umma Tameer-E-Nau (UTN)

Usama bin Laden

Wadi Al Aqiq

Wafa Humanitarian Organization

Walid Al-Sourouri

Yassine Chekkouri

Yassir Al-Sirri a/k/a Ammar

Youssef Abdaoui

Youssef M Nada & Co. Gesellschaft MBH

Youssef Nada

Yusaf Ahmed Ali

Zahir H. Kazmi

Zakariya Essabar

# Exhibit B
# Defendants Currently in Default

Zeinab Mansour-Fattah

Ziyad Khaleel