## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978
*Ashton et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-CV-06977

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 1 2015

### ORDER

The motion of the *Federal Insurance* and *Ashton* Plaintiffs to file their Amended

Consolidated Pleading, solely as to Defendant Islamic Republic of Iran ("Iran"), to proceed with

claims against Iran pursuant to 28 U.S.C. § 1605A, is GRANTED.

Service of the Consolidated Amended Complaint upon Defendant Iran is not required

under 28 U.S.C. § 1608, as the *Federal Insurance* and *Ashton* Plaintiffs properly served their

initial complaints upon Defendant Iran, and the Consolidated Amended Complaint merely

clarifies and converts the claims asserted in the original complaints under 26 U.S.C. § 1605(a)(7)

to claims under 28 U.S.C. § 1605A.

Dated: July ___, 2015
New York, New York

AUG 3 1 2015

SO ORDERED:

George B. Daniels

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE