UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2022

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case<br><br>**RULE 54(b) JUDGMENT** |
|---|---|

*This document relates to:*   *Federal Insurance Co., et al v. al Qaida, et al.*
03-CV-06978 (GBD) (SN)

Whereas, this matter having come before the Honorable George B. Daniels, United States District Judge, on the application of certain Plaintiffs in *Federal Insurance Co., et al v. al Qaida, et al.*, 03-CV-06978 (GBD) (SN) (the "*Federal Insurance* Plaintiffs"), requesting that the Court extend its prior rulings on their Motion for Assessment of Damages against Al Qaeda, and later Hezbollah, to defendant the Taliban, as to which a default judgment as to liability was entered on April 7, 2006 (*Federal Insurance* Dkt. No. 626), and enter a final judgment in favor of the *Federal Insurance* Plaintiffs and against the Taliban in accordance with those prior rulings pursuant to Fed. R. Civ. P. 54(b), and the Court, on April 6, 2022, having rendered its Order, attached as Exhibit A hereto, entering partial final judgment pursuant to Fed. R. Civ. P. 54(b) against defendant the Taliban and in favor of the *Federal Insurance* Plaintiffs as set forth in Exhibit A, and awarding prejudgment interest at the rate of 4.96 percent, compounded annually, and lifting the stay imposed by Federal Rule of Civil Procedure 62(a) so that the *Federal Insurance* Plaintiffs may execute on and enforce the judgment immediately (ECF No. 7833), and further directing the Clerk of the Court to prepare and enter a final judgment, it is,

**ORDERED, ADJUDGED AND DECREED**: That judgment is hereby entered in favor of the *Federal Insurance* Plaintiffs and against defendant the Taliban in accordance with the Court's Order dated April 6, 2022 as follows:

| PLAINTIFF | COMPENSATORY DAMAGES | TREBELED AWARD |
|---|---|---|
| **Vigilant Insurance Company** | $42,305,933.24 | $126,917,799.72 |
| **Chubb Custom Insurance Company** | $612,585.00 | $1,837,755.00 |
| **Chubb Indemnity Insurance Company** | $4,083,878.20 | $12,251,634.60 |
| **Federal Insurance Company** | $1,513,667,597.39 | $4,541,002,792.17 |
| **Chubb Insurance Company of New Jersey** | $412,681.71 | $1,238,045.13 |
| **Chubb Insurance Company of Canada** | $50,452,395.71 | $151,357,187.13 |
| **Pacific Indemnity Company** | $9,936,536.66 | $29,809,609.98 |
| **Great Northern Insurance Company** | $595,997,113.79 | $1,787,991,341.37 |
| **AXA Art Insurance Corp.** | $14,287,543.00 | $42,862,629.00 |
| **AXA Global Risks (UK) Ltd.** | $10,986,623.57 | $32,959,870.71 |
| **AXA CSA UK Branch** | $64,779,883.00 | $194,339,649.00 |
| **AXA Insurance Company** | $131,696,044.96 | $395,088,134.88 |
| **AXA Reinsurance Company** | $82,714,778.00 | $248,144,334.00 |
| **AXA RE** | $105,790,023.00 | $317,370,069.00 |
| **AXA RE Canadian Branch** | $26,138,407.11 | $78,415,221.33 |
| **AXA RE UK Plc** | $18,162,701.70 | $54,488,105.10 |
| **AXA Versicherung** | $923,053.00 | $2,769,159.00 |
| **SPS RE** | $84,305,160.00 | $252,915,480.00 |
| **American Alternative Insurance Company** | $3,922,782.07 | $11,768,346.21 |

| | | |
|---|---:|---:|
| **Princeton Excess and Surplus Lines Insurance Company** | $3,796,292.50 | $11,388,877.50 |
| **Great Lakes UK Reinsurance Company** | $99,511,427.02 | $298,534,281.06 |
| **OneBeacon Insurance Company** | $176,514,985.40 | $529,544,956.20 |
| **TIG** | $76,084,229.30 | $228,252,687.90 |
| **Total** | $3,117,082,655.33 | $9,351,247,965.99 |

along with prejudgment interest at 4.96%, compounded annually, amounting to aggregate prejudgment interest of $5,321,558,154.65.

It is further **ORDERED, ADJUDGED and DECREED** that, for the reasons stated in the Court's Order dated April 6, 2022, the Court's entry of judgment against the Taliban is certified as final pursuant to Fed. R. Civ. P. 54(b), and that the stay provided by Federal Rule of Civil Procedure 62(a) is lifted so that the *Federal Insurance* Plaintiffs may execute on and enforce the judgment immediately.

Dated: April 20, 2022
        New York, New York

_____
Clerk of Court

BY:  _____
     Deputy Clerk